# UNITED STATES DISTRICT COURT,
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES SHATTUCK,**<br><br>　　　　　PLAINTIFF,<br><br>v.<br><br>**BAY AREA CREDIT SERVICE, INC.**<br><br>　　　　　DEFENDANT. | Case No.: '06CV 2601 L (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Based on the Notice of Stipulation of Dismissal filed June 7, 2007, this Court hereby **ORDERS** that Plaintiff's complaint against Defendant BAY AREA CREDIT SERVICE, INC., shall be, and herewith is **DISMISSED WITH PREJUDICE** in accordance with the terms of the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: June 8, 2007

_____
HONORABLE M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE